AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
02/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
Feb 21, 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY: Nancy Boehme
Deputy Clerk, U.S. District Court

United States of America,
v.

LUIS ALBERTO NUNEZ SALGADO, also known as ("aka") "Luis Alberto Nunez,"

Defendant(s)

Case No. 8:25-mj-00132

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>January 26, 2025</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

JARED BROMBERG, Deportation Officer, DHS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 21, 2025

Judge's signature

City and state: Santa Ana, California

Hon. DOUGLAS F. McCORMICK, U.S. Magistrate Judge
Printed name and title

AUSA: Kevin Fu

**AFFIDAVIT**

I, Jared Bromberg, being duly sworn, declare and state as follows:

## I.  **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a complaint and arrest warrant against LUIS ALBERTO NUNEZ SALGADO, also known as ("aka") "Luis Alberto Nunez" ("NUNEZ"), charging him with violating Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, data contained in Department of Homeland Security ("DHS") databases, the Alien File ("A-File") that is assigned to NUNEZ, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. **BACKGROUND OF JARED BROMBERG**

3.   I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service

("INS"), since June 2009.  I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office, Santa Ana sub-office.  Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007.  Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004.  Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

### III. STATEMENT OF PROBABLE CAUSE

4.   On or about an unknown date in January 2025, Deportation Officer R. Williams ("DO Williams") received information that NUNEZ may be present in the United States after having been previously removed from the United States.  On or about January 26, 2025, DO Williams conducted surveillance near an address in Anaheim, California, that is associated with NUNEZ.  While conducting surveillance, DO Williams observed a male subject that appeared to match the physical description of photographs of NUNEZ found in DHS A-File A95-773-056.

5.   Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On or about February 20, 2025, I reviewed DHS A-File A95-773-056 (the "DHS A-File"), which is maintained for the subject alien NUNEZ. The DHS A-File contained the following documents and information:

   a. The following documents related to NUNEZ's removal:

      i. An Order of the Immigration Judge showing that NUNEZ was granted a voluntary departure with an alternative order of removal to Mexico by Janette Allen, Immigration Judge, Los Angeles, California, on or about November 1, 2018. Information was not found indicating that NUNEZ departed the United States by the date listed on the Order of the Immigration Judge.

      ii. An executed Warrant of Removal/Deportation (Form I-205) indicating that NUNEZ was officially removed from the United States on or about November 12, 2020.

      iii. I know from my training and experience that a Warrant of Removal, a Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed or excluded from the United States by DHS (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in NUNEZ's DHS A-File contained a photograph, signature, and fingerprint.

   b. A conviction record showing that NUNEZ was convicted of Conspiracy to Commit a Crime, in violation of California Penal Code Section 182(a)(1), on or about October 25, 2010, in

the Superior Court of the State of California, County of Orange, Case Number 10NF2688, for which NUNEZ was sentenced to 365 days of imprisonment. On or about January 11, 2011, NUNEZ was found to be in violation of his probation and was sentenced to 90 days of imprisonment. On or about November 3, 2011, NUNEZ was found to be in violation of his probation and was sentenced to two years of imprisonment.

7. On or about February 20, 2025, I reviewed the DHS computer indices on NUNEZ. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is removed, deported, or excluded from the United States by DHS, was removed, deported, or excluded by the former INS, or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that NUNEZ had been removed, deported, and/or excluded on or about the date indicated on the Warrant of Removal/Deportation found in NUNEZ's DHS A-File. The DHS computer indices further indicated that NUNEZ had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States following his last deportation and removal.

8. Based on my review of NUNEZ's DHS A-File, I determined that it does not contain any record of his applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States following his last deportation and removal. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if

such documentation existed, it would ordinarily be found in NUNEZ's DHS A-File.

## IV. CONCLUSION

9. For all the reasons described above, there is probable cause to believe that NUNEZ has committed a violation of Title 8, United States Code, Sections 1326(a), Illegal Alien Found in the United States Following Deportation or Removal.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this <u>21st</u> day of February 2025.

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE